UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Nitro NRG Corp., <br><br> Plaintiff, <br><br> v. <br><br> Liquid Nitro Beverages, Inc. <br><br> Defendant. | Case No. EDCV 16-2315 JGB (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Counterclaimant Liquid Nitro Beverages, Inc.'s Motion for Default Judgment against Nitro, NRG Corp. is GRANTED IN PART and DENIED IN PART. Counterclaimant is AWARDED $403,200 in monetary damages and $11,664 in attorneys' fees pursuant to 15 U.S.C. § 1117. Further, the Court permanently enjoins Counterdefendant Nitro NRG Corp. from infringing Counterclaimant's trademark; using any designation confusingly similar to Counterclaimant's; competing unfairly with Counterclaimant in any manner, including infringing any of Counterclaimant's trademark rights; and conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to above. Judgment is entered in favor of Counterclaimant.

IT IS FURTHER ORDERED that Counterclaimant mail a copy of this judgment and the Order concurrently filed therewith to Counterdefendant. Counterclaimant shall file Proof of Service with the Court within ten days of the date of the Order.

Dated: May 25, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge